UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST; and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHA IRON LLC, an Illinois limited liability company; and RED BIRD MACHINERY REPAIR LLC, an Illinois limited liability company,<br><br>Defendants. | CASE NO.: 3:21-cv-1212-DWD |

## ORDER AND CONSENT DECREE

This matter is before the Court on the Motion for Entry of Consent Decree (Doc. 33) ("Motion"), which was filed jointly by the parties. In their Motion, the Parties[1] indicate that a settlement agreement has been reached and that they stipulate to the entry of a consent decree as specified herein. The parties further request that the Court retain jurisdiction to enforce the terms of their agreement. *See Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381–82 (1994).

The Court, being fully advised in the premises **HEREBY MAKES THE**

---

[1] The Plaintiffs include the following parties: The IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST, the IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, and the IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN) (collectively, "Plaintiffs" or "Trust Funds"). The Defendants include the following parties: ALPHA IRON LLC ("Alpha Iron") and RED BIRD MACHINERY REPAIR LLC ("Red Bird") (collectively, "Defendants").

1

**FOLLOWING FINDINGS**:

1. This Court has jurisdiction over this matter pursuant to the Employee Retirement Income Security Act of 1974, as amended from time to time and codified at 29 U.S.C. § 1001 *et seq*. ("ERISA") and the Labor Management Relations Act of 1947, as amended from time to time and codified at 29 U.S.C. § 141 *et seq*. ("LMRA").

2. On October 4, 2021, the Plaintiffs filed a complaint against the Defendants alleging that Alpha Iron and Red Bird operate a double-breasted operation wherein Alpha Iron is the union shop and Red Bird is the non-union shop. The Complaint also sought to compel Alpha Iron and Red Bird to comply with a payroll compliance and for judgment for any contributions, liquidated damages, interest, and audit fees found to be owed to the Trust Funds.

3. During the pendency of this lawsuit, Alpha Iron and Red Bird cooperated with the payroll compliance audit and an audit report was issued for the period of November 1, 2017, through December 31, 2021. Based on the results of the audit, Alpha Iron and Red Bird owe the Trust Funds the aggregate amount of $67,152.89 in contributions, liquidated damages, and interest, which is itemized as follows:

| Type: | Amount: |
|---|---|
| Contributions | $46,995.95 |
| Liquidated Damages | $4,699.60 |
| Interest | $15,457.34 |
| Total: | $67,152.89 |

4. The Trust Funds have incurred in excess of $22,310.59 in attorneys' fees since October 2018, to collect the monies that are due and owing from Alpha Iron and Red Bird.

5. The parties have reached an agreement that resolves the matters at issue in this case, without the need for trial or adjudication of any issue of law or fact.

6. The Parties have moved the Court to enter a Consent Decree to further ensure compliance with the settlement.

7. The Parties agree that this Court shall retain jurisdiction over this action and jurisdiction over the Parties to implement and enforce the terms of this consent decree.

The Motion is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED AS FOLLOWS**:

1. The Court shall retain jurisdiction over this action and over the Parties for the purposes of enforcing the terms of this Consent Decree.

2. Defendants Alpha Iron and Red Bird shall pay the Trust Funds the principal balance of $59,463.48 in contributions, interest, liquidated damages, and attorneys' fees.

3. Defendants Alpha Iron and Red Bird shall pay off the principal balance over a twenty-four (24) month period at 7.50% interest per annum pursuant to the payment schedule below ("Payment Schedule"):

| Installment | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 1 | 10/15/22 | $2,675.83 | $2,304.19 | $371.65 | $57,159.29 |
| 2 | 11/15/22 | $2,675.83 | $2,318.59 | $357.25 | $54,840.71 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 12/15/22 | $2,675.83 | $2,333.08 | $342.75 | $52,507.63 |
| 4 | 01/15/23 | $2,675.83 | $2,347.66 | $328.17 | $50,159.97 |
| 5 | 02/15/23 | $2,675.83 | $2,362.33 | $313.50 | $47,797.64 |
| 6 | 03/15/23 | $2,675.83 | $2,377.10 | $298.74 | $45,420.54 |
| 7 | 04/15/23 | $2,675.83 | $2,391.95 | $283.88 | $43,028.59 |
| 8 | 05/15/23 | $2,675.83 | $2,406.90 | $268.93 | $40,621.68 |
| 9 | 06/15/23 | $2,675.83 | $2,421.95 | $253.89 | $38,199.74 |
| 10 | 07/15/23 | $2,675.83 | $2,437.08 | $238.75 | $35,762.65 |
| 11 | 08/15/23 | $2,675.83 | $2,452.32 | $223.52 | $33,310.34 |
| 12 | 09/15/23 | $2,675.83 | $2,467.64 | $208.19 | $30,842.69 |
| 13 | 10/15/23 | $2,675.83 | $2,483.07 | $192.77 | $28,359.63 |
| 14 | 11/15/23 | $2,675.83 | $2,498.58 | $177.25 | $25,861.04 |
| 15 | 12/15/23 | $2,675.83 | $2,514.20 | $161.63 | $23,346.84 |
| 16 | 01/15/24 | $2,675.83 | $2,529.91 | $145.92 | $20,816.93 |
| 17 | 02/15/24 | $2,675.83 | $2,545.73 | $130.11 | $18,271.20 |
| 18 | 03/15/24 | $2,675.83 | $2,561.64 | $114.20 | $15,709.56 |
| 19 | 04/15/24 | $2,675.83 | $2,577.65 | $98.18 | $13,131.92 |
| 20 | 05/15/24 | $2,675.83 | $2,593.76 | $82.07 | $10,538.16 |
| 21 | 06/15/24 | $2,675.83 | $2,609.97 | $65.86 | $7,928.19 |
| 22 | 07/15/24 | $2,675.83 | $2,626.28 | $49.55 | $5,301.91 |
| 23 | 08/15/24 | $2,675.83 | $2,642.70 | $33.14 | $2,659.21 |
| 24 | 09/15/24 | $2,675.83 | $2,659.21 | $16.62 | $0.00 |

4. All payments referenced in Paragraph 2 shall be made payable to the *Iron Workers St. Louis District Council Benefit Trust Funds* and shall be mailed to the Trust Funds' attorney at the following address: Johnson & Krol, LLC, Attn: William Blumthal, 311 S. Wacker Drive, Suite 1050, Chicago, Illinois 60606.

5. Defendants Alpha Iron and Red Bird may prepay any of the installment payments to the Trust Funds at any time prior to the date due.

6. Alpha Iron and Red Bird shall submit Contribution Remittance Reports and corresponding payments to the Trust Funds during the term of the Payment Schedule by the fifteenth (15th) day of each month following the month in which the work was performed, beginning with Contribution Remittance Report for

September 2022 due by October 15, 2022.

7. At any time during the duration of the Payment Schedule, the Trust Funds and their attorneys have the right to request documentation relating to Alpha Iron's and Red Bird's then current project(s) including, but not limited to the following information:

   a. Owner of the property where the project is taking place;
   b. Address of the property where the project is taking place;
   c. Dates Alpha Iron and/or Red Bird performed work on the project;
   d. General contractor on the project;
   e. Any higher-tiered subcontractors on the project;
   f. Man hours; and
   g. Payroll records by project.

8. Alpha Iron and Red Bird shall produce to the Trust Funds or their attorneys all information requested pursuant to Paragraph 6 within five (5) business days of any such request.

9. In the event Alpha Iron and/or Red Bird fail to make any payments called for in Paragraph 2, fail to timely submit Contribution Remittance Reports or corresponding payments pursuant to Paragraph 5, or fail to timely produce information requested pursuant to Paragraphs 6, (a) all remaining payments due pursuant to Paragraph 2 shall be accelerated and become immediately payable; and (b) an additional liquidated damages charge of ten percent (10%) of all unpaid amounts shall become due and payable by Alpha Iron and Red Bird.

10. If a new payroll compliance audit should be conducted of Alpha Iron or Red Bird and a reporting deficiency or discrepancy is discovered for any contribution period after December 31, 2021, said discrepancy and/or deficiency shall be a

      separate and distinct claim from the claims settled herein.

11.     This matter is dismissed without prejudice.

**Dated: October 11, 2022**

                                       **DAVID W. DUGAN**
                                       **U.S. District Judge**